# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 08, 2019
SEAN F. McAVOY, CLERK

KYNTREL JACKSON/Sinister Daevayasnaham God,

*Plaintiff*

v.

SHAWNA PATZKOWSKI and R. ZARAGOZA,

*Defendant*

Civil Action No. 4:17-cv-05189-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 117, is GRANTED IN PART and DENIED IN PART. The motion is granted as to Jackson's claims against Zaragoza. Judgment is entered in favor Zaragoza.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on a motion for summary judgment.

Date: 11/8/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez